The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE DAVIS, *et al.*;<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>Defendants. | NO.  2:19-cv-01599-BJR<br><br>**NOTICE OF DECISION** |

Per the Court's Order Granting Plaintiffs' Motion to Stay,[1] Plaintiffs hereby give notice that on August 31, 2020, Division I of the Court of Appeals of the State of Washington issued an Unpublished Opinion in *Davis v. King County*, No. 79696-8-I, 2020 WL 5117968 (Wash. Ct. App. Aug. 31, 2020), affirming the King County Superior Court's order dismissing Ms. Davis' claims. Ms. Davis intends to petition the Washington State Supreme Court for review.

DATED this 1st day of September, 2020.

GALANDA BROADMAN, PLLC

*/s/ Ryan D. Dreveskracht*

Ryan D. Dreveskracht, WSBA #42593
Attorney for Plaintiffs
P. O. Box 15146
Seattle, WA 98115
(206) 909-3842
email: ryan@galandabroadman.com

---

[1] Dkt. # 28.

NOTICE OF DECISION - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

**CERTIFICATE OF SERVICE**

I, WENDY FOSTER, declare as follows:

1. I am now and at all times herein mentioned a legal and permanent resident of the United States and the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to testify as a witness.

2. I am employed with the law firm of Galanda Broadman PLLC, 8606 35th Avenue NE, Ste. L1, Seattle, WA 98115.

3. Today I served the foregoing document, via ECF, on the following parties:

Ted Buck
Email: tbuck@freybuck.com
Frey Buck, P.S.
1200 Fifth Ave, Suite 1900 Seattle, WA 98101
Tel: (206) 486-8000

Evan Bariault
Email: ebariault@freybuck.com
Frey Buck, P.S.
1200 Fifth Ave, Suite 1900 Seattle, WA 98101
Tel: (206) 486-8000

Kristofer J. Bundy
Kulshan Law Group, PLLC
114 W. Magnolia Street, Suite 302
Bellingham, WA 98225
Phone: (360) 392-2855
E-mail: kris@kulshanlaw.com

The foregoing Statement is made under penalty of perjury and under the laws of the State of Washington and is true and correct.

Signed at Seattle, Washington, this 1st day of September, 2020.

s/Wendy Foster
Wendy Foster

NOTICE OF DECISION - 2

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509