The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE DAVIS as Personal Representative of the Estate of RENEE L. DAVIS, deceased; B.M., by and through her guardian *ad litem,* Michael B. Smith; R.M., by and through her guardian *ad litem* Michael B. Smith; T.B., by and through her guardian *ad litem* Michael B. Smith,<br><br>                      Plaintiffs,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington, JOHN URQUHART, in his personal capacity; JASON STANLEY, in his personal capacity; STEVE KEENEY, in his personal capacity; SCOTT SOMERS, in his personal capacity;  TIMOTHY LEWIS, in his personal capacity; NICHOLAS PRITCHETT, in his personal capacity; King County Sheriff's Office; and JOHN DOES 1-10, in their personal capacities,<br><br>                      Defendants. | No. 2:19-cv-01599-BJR<br><br>NOTICE OF SETTLEMENT WITHOUT DISMISSAL |

TO:        THE CLERK OF THE COURT:

NOTICE OF SETTLEMENT WITHOUT DISMISSAL - 1
2:19-cv-01599-BJR

KRISTOFER J. BUNDY
Bundy Law Group, PLLC
PO Box 2543
Bellingham, WA 98227
(206) 372-3627

1 | This case has been fully settled, pending final approval by a settlement guardian ad litem
2 | and the King County Superior Court. The parties will inform the Court when the final approvals
3 | are made.

4 | DATED this 3rd day of August, 2021.

Respectfully submitted,

By: /s Kristofer J. Bundy
Kristofer J. Bundy, WSBA #19840
Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
Phone: (206) 372-3627
E-mail: kris@bundylawgroup.com
Counsel for Defendant King County

NOTICE OF SETTLEMENT WITHOUT DISMISSAL - 2
2:19-cv-01599-BJR

KRISTOFER J. BUNDY
Bundy Law Group, PLLC
PO Box 2543
Bellingham, WA 98227
(206) 372-3627

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: August 3, 2021

*/s/ Kristofer J. Bundy*
Kristofer J. Bundy, WSBA #19840

NOTICE OF SETTLEMENT WITHOUT DISMISSAL - 3
2:19-cv-01599-BJR

KRISTOFER J. BUNDY
Bundy Law Group, PLLC
PO Box 2543
Bellingham, WA 98227
(206) 372-3627