The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE DAVIS as Personal Representative of the Estate of RENEE L. DAVIS, deceased; B.M., by and through her guardian *ad litem,* Michael B. Smith; R.M., by and through her guardian *ad litem* Michael B. Smith; T.B., by and through her guardian *ad litem* Michael B. Smith;<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington, JOHN URQUHART, in his personal capacity; JASON STANLEY, in his personal capacity; STEVE KEENEY, in his personal capacity; SCOTT SOMERS, in his personal capacity; TIMOTHY LEWIS, in his personal capacity; NICHOLAS PRITCHETT, in his personal capacity; King County Sheriff's Office; and JOHN DOES 1-10, in their personal capacities,<br><br>Defendants. | No. 2:19-cv-01599-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO ALL REMAINING DEFENDANTS |

STIPULATION AND ORDER OF DISMISSAL
OF ALL REMAINING DEFENDANTS - 1

KRISTOFER J. BUNDY
Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Plaintiffs and all remaining Defendants hereby stipulate that all claims against all remaining Defendants shall be dismissed in their entirety with prejudice and without costs or attorneys' fees to any party.

DATED this 4th day of November, 2021

For Defendant King County:

By: */s/ Kristofer Bundy*
Kristofer Bundy, WSBA #19840
Bundy Law Group PLLC
PO Box 2543
Bellingham, WA 98227-2543
(206) 372-3627
kris@bundylawgroup.com

For All Individually Named Defendants:

By: */s/Ted Buck*
Ted Buck, WSBA #22029
Evan Bariault, WSBA #42867
Frey and Buck PS
1200 5th Ave Ste 1900
Seattle, WA 98101
(206) 486-8000
ebariault@freybuck.com
tbuck@freybuck.com

For All Plaintiffs:

By: */s/ Ryan Dreveskracht*
Ryan Dreveskracht, WSBA #42593
Galanda Broadman, PLLC
606 35th Ave NE Apt Lw1
Seattle, WA 98115
(206) 909-3842
ryan@galandabroadman.com

STIPULATION AND ORDER OF DISMISSAL
OF ALL REMAINING DEFENDANTS - 2

KRISTOFER J. BUNDY
Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627

ORDER

Pursuant to the stipulation above, all claims against all remaining Defendants are hereby dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 4th day of November, 2021

Barbara J. Rothstein
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

By: */s/ Kristofer Bundy*
Kristofer Bundy, WSBA #19840
Bundy Law Group PLLC
PO Box 2543
Bellingham, WA 98227-2543
(206) 372-3627
kris@bundylawgroup.com
Attorney for Defendant King County

STIPULATION AND ORDER OF DISMISSAL
OF ALL REMAINING DEFENDANTS - 3

KRISTOFER J. BUNDY
Bundy Law Group, PLLC
P.O. Box 2543
Bellingham, WA 98227
(206) 372-3627